**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| PETER MATTHEW MARDEN | ) | BANKRUPTCY CASE NUMBER 08-12976 |
| NICOLE LEAH MARDEN | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

　　　　CLAIM # 8　　　Indiana Pathology Consultants　　　$ 2.78
　　　　　　　　　　　Post Office Box 12309
　　　　　　　　　　　Fort Wayne, Indiana 46863-2309

　　　　　　　　　　　　　　　　　　　　**TOTAL:　$ 2.78**

Respectfully submitted,

　　　/s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana　46802
Telephone:　260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of February, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

　　　/s/ Yvette Gaff Kleven
Yvette Gaff Kleven